UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AROUND THE WORLD TRAVEL, INC.,
a Michigan corporation, individually and
as the representative of a class of
similarly-situated persons,

        Plaintiff,

CASE NO. 14-CV-12589
HONORABLE GEORGE CARAM STEEH

v.

UNIQUE VACATIONS, INC.
and JOHN DOES 1-10,

        Defendants.
_____/

ORDER GRANTING DEFENDANT UNIQUE VACATIONS, INC. ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT AND NOTICE OF HEARING

    Now before the Court is defendant Unique Vacations, Inc.'s motion to stay, or, in the alternative, for an enlargement of time to respond to plaintiff's complaint (Doc. 11). Defendant's first responsive pleading was due on August 25, 2014. In the event the Court declines to stay the action, defendant seeks an additional 30 days from the Court's denial of the stay to respond to plaintiff's complaint. Defendant's alternative relief is GRANTED IN PART. Defendant shall file its first responsive pleading on or before October 3, 2014. A hearing on defendant's motion to stay shall take place on October 27, 2014 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: September 5, 2014

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 5, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

2:14-cv-12589-GCS-MJH Doc # 12 Filed 09/05/14 Pg 2 of 2 Pg ID 133